AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Hanley | ) | Case No. |
| | ) | 6:26-mj- 1746 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 1, 2024, _____ in the county of _____ Seminole _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250 | Failure to Register under the Sex Offender Registration and Notification Act. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kailee R. Healey, Deputy U.S. Marshal
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____ June 26, 2026 ____

_____
*Judge's signature*

City and state: _____ Orlando, FL _____

Robert M. Norway, U.S. Magistrate Judge
_____
*Printed name and title*

**STATE OF FLORIDA**                                        **Case No. 6:26-mj-1746**

**COUNTY OF ORANGE**

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kailee Healey, a Deputy United States Marshal (DUSM), being duly sworn, depose and state as follows:

1.      I am a Criminal Investigator with the United States Marshals Service ("USMS") and have been so employed since August of 2023. Beginning in August of 2023, to the present, I have been assigned to the Middle District of Florida, Orlando Division. Since January of 2025, I have been assigned to the role of Sex Offender Investigations in the Orlando, Florida area.

2.      I have a total of five years of law enforcement experience. I hold a certificate of completion from The United States Marshals Service National Basic Training Academy, which I completed at the Federal Law Enforcement Training Center (FLETC), in Glynco, Georgia. Before this, I worked as a State Trooper with the Tennessee Highway Patrol in Williamson County, Tennessee. I also completed a bachelor's degree in criminal justice at the University of Mississippi.

3.      I have investigated and assisted in the investigation of numerous criminal matters, involving the failure of convicted sex offenders to properly register or maintain registration requirements, which constitute violations of 18 U.S.C. § 2250, as well as State of Florida statutes that criminalize the failure to register as a sexual offender or sexual predator. I have made arrests and been involved in

searches pertaining to these types of investigations. As a Criminal Investigator, I am authorized to investigate violations of laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

4.     I submit this affidavit in support of an application for a criminal complaint and arrest warrant for David HANLEY. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that HANLEY is a sex offender required to register under the Sex Offender Registration and Notification Act ("SORNA"), that he traveled in interstate commerce, and that he knowingly failed to register or update a registration as required by SORNA, in violation of 18 U.S.C. § 2250. As discussed below, HANLEY, on a date unknown but since at least on or about May 1, 2024, traveled from the state of New Jersey to the Middle District of Florida, where he has resided without registering as a sex offender in the State of Florida. I am requesting that the Court issue an arrest warrant for HANLEY based upon the following information that I have learned in my official capacity, by firsthand observations, as well as by receiving information from federal and local law enforcement in reference to this investigation.

## STATUTORY AUTHORITY

5.     18 U.S.C. § 2250 provides:

**(a) In general.**--Whoever--

> **(1)** is required to register under the Sex Offender Registration and Notification Act;

2

**(2)(A)** is a sex offender as defined for the purposes of the Sex Offender Registration and Notification Act by reason of a conviction under Federal law (including the Uniform Code of Military Justice), the law of the District of Columbia, Indian tribal law, or the law of any territory or possession of the United States; or

**(B)** travels in interstate or foreign commerce, or enters or leaves, or resides in, Indian country; and

**(3)** knowingly fails to register or update a registration as required by the Sex Offender Registration and Notification Act;

shall be fined under this title or imprisoned not more than 10 years, or both.

*United States v. Beasley*, 636 F.3d 1327, 1329 (11th Cir. 2011). When it comes to the "knowingly" element, the United States need not prove that the Defendant knew that he was violating SORNA; instead, it must prove "only that he 'knowingly' violated a legal registration requirement upon relocating." *United States v. Griffey*, 589 F.3d 1363, 1367 (11th Cir. 2009). "'Knowingly' means that an act was done voluntarily and intentionally and not because of a mistake or by accident." *United States v. Mosquera*, 886 F.3d 1032, 1051 (11th Cir. 2018). "[G]uilty knowledge can rarely be established directly, and . . . a jury may infer knowledge and criminal intent from circumstantial evidence alone." *United States v. Duenas*, 891 F.3d 1330, 1334 (11th Cir. 2018).

## PROBABLE CAUSE

6.    HANLEY was convicted of (1) Aggravated Sexual Assault – During Robbery/Kidnapping/etc. and (2) Terroristic Threats of Crime of Violence on

February 8, 1984, in New Jersy Superior Court, Passaic County, indictment number 064-83F. He was sentenced to 20 years of imprisonment, with an eight-year mandatory minimum sentence on count one. He was sentenced to five years on count two. HANLEY is required to register as a sexual offender based on the conviction.

7.     The underlying sexual offense conviction qualifies HANLEY as a Tier II offender under SORNA, 34 U.S.C. § 20911(3). HANLEY is required to register with the law enforcement agency of the jurisdiction in which he resides. HANLEY has a requirement to register in the state of Florida for life.

8.     HANLEY was previously informed of and acknowledged that he was required to register as a sex offender. On February 13, 2020, as part of HANLEY's annual registration in the state of New Jersey, HANLEY signed and acknowledged his requirement to register. In #3 of the Acknowledgment of Duty to Register, HANLEY signed and acknowledged, "*I understand that if I move to another State, I will be subject to any and all laws governing sex offender registration procedures in that State*".

9.     HANLEY also previously had been informed of the registration requirements in the state of Florida. On August 29, 2006, prior to relocating to New Jersey, HANLEY signed and acknowledged his registration in the state of Florida. In #1 of the Notice of Sexual Predator and Sexual Offender Obligations, HANLEY signed and acknowledged, "*I must report in person to the local Sheriff's Office or Florida Department of Law Enforcement (FDLE) office within 48 hours of establishing or reestablishing a residence in the state of Florida or within 48 hours of release from custody*

4

*and/or supervision of Department of Corrections or Department of Children and Family Services to register my temporary or permanent address. Failure to comply with this requirement is a felony of the third degree."*

10. On January 20, 2023, the Superior Court of New Jersey, Passaic County, issued an arrest warrant for HANLEY, for Failure to Register. The last time HANLEY registered in the state of New Jersey was the previously stated February 13, 2020, registration date. Law enforcement in New Jersey has made multiple attempts since 2023 to contact HANLEY.

11. On March 20, 2026, HANLEY's Electronic Benefit Transfer (EBT) card was used to make a purchase at a Walmart located at 3653 South Orlando Drive, Sanford, FL 32773. Surveillance footage from Walmart shows HANLEY's ex-wife, S.S., using the card to make a purchase. EBT records indicate the address registered to the card is an apartment in Sanford, in the Middle District of Florida.

12. On April 15, 2026, DUSM Kailee Healey contacted Senior Criminal Analyst Courtney Haupt from Florida Department of Law Enforcement (FDLE) and requested a diligent search of all sex offender documents for HANLEY. Haupt confirmed there is no record indicating HANLEY registered as a sexual offender in the state of Florida.

13. On April 23, 2026, the multiple lease agreements for the apartment in Sanford were obtained and reviewed. The residential lease included two tenants, S.S., and her son, D.H. The lease was initially signed on May 1, 2024.

5

14.     On April 30, 2026, the Sanford apartment complex manager provided a written statement. The manager stated she witnessed a third tenant around May 1, 2024, who was not on the lease agreement, and she was advised he was a guest. She stated she has seen the subject on site nearly every day since May of 2024. The manager identified the subject as HANLEY. She stated HANLEY spends the majority of time inside the apartment, but he will occasionally step outside to inhale cigarettes. She explained that the apartment complex's surveillance system retains 14 days of footage before overwriting. Upon review of the footage, she was able to observe HANLEY on camera on a daily basis. The manager also mentioned witnessing HANLEY operating a green vehicle daily.

15.     On April 15, 2026, United States Marshals Service Task Force Officer Sara Eger witnessed HANLEY operating a 2007 green Hyundai (FL #BC42LT) to drop off his son, D.H., at Ace Hardware. TFO Eger confirmed the driver of the green vehicle, which had been described by the apartment manager, was HANLEY. TFO Eger also confirmed the subject in surveillance footage at the apartment complex was HANLEY.

6

## CONCLUSION

16.     Based on the foregoing facts, there is probable cause to believe that

HANLEY, a sex offender who is required to register under the Sex Offender

Registration and Notification Act (SORNA), traveled in interstate commerce, and

knowingly failed to register or update a registration as required by SORNA, in

violation of 18 U.S.C. § 2250.

Respectfully submitted,

KAILEE R. HEALEY
Deputy United States Marshal
United States Marshals Service

Affidavit attested as true and accurate
before me this   26th   day of June, 2026.

HON. ROBERT M. NORWAY
United States Magistrate Judge

7